


Silver Dragon Resources Inc.
NASDAQ OTC SDRG

5160 Yonge Street
Suite 603
Toronto, Ontario
Canada M2N 6L9

Telephone       Facsimile
416 223 8500   416 223 8507

January 8, 2008

docket

**VIA FACSIMILE NO. (212) 805-6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Alpha Capital Anstalt v. Silver Dragon Resources, Inc.; 07 Civ. 11430

**Dear Judge McMahon:**

    I am the President and Chief Executive Officer of Silver Dragon Resources, Inc. ("SDRG"), the defendant in the above-referenced matter. I write to respectfully request that Your Honor adjourn the hearing scheduled for January 9, 2008 regarding plaintiff Alpha Capital Anstalt's ("Alpha Capital") Order to Show Cause until January 15, 2008. The parties have been actively involved in settlement negotiations and hoped to be able to resolve the matter before the January 9, 2008 hearing. Although the parties are very close to a settlement, we require additional time in order to complete the process.

    Pursuant to Your Honor's Individual Practices, please be advised that (1) the original hearing date was scheduled for January 9, 2008 at 10:00 a.m.; (2) no previous requests for an adjournment have been made; (3) Alpha Capital has not consented to the adjournment; and (4) the reason Alpha Capital has not consented to the adjournment is because we did not accept their settlement proposal.

SILVER DRAGON RESOURCES INC.

Per: MARC HAZOUT –
      President and CEO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/?
```

CC: Stephen M. Cohen, Garfin Zeidenberg
      Gil Cornblum, Dorsey and Whitney
      Kenneth A. Zitter via facsimile only (212) 679-8998