United States District Court
Southern District of New York
------------------------------------------------------x

Alpha Capital Anstalt,

                Plaintiff,

vs.

Silver Dragon Resources, Inc.,

                Defendant.

------------------------------------------------------x

07 CV 11430 (CM)

Order Granting Preliminary
Injunction By Default

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

      Plaintiff Alpha Capital Anstalt ("Alpha Capital") having moved for an order pursuant to Fed. R. Civ. P. Rule 65: i) directing Defendant Silver Dragon Resources, Inc. ("SDRG") to deliver immediately 333,333 shares of its common stock to Alpha Capital; and ii) declaring that the exercise price of the SDRG Class A and Class B Warrants purchased by Alpha Capital has been reduced to $0.60 per share and SDRG having defaulted in appearing at the hearing set by the Court for January 9, 2008 at 10:00 a.m.; it is therefore

      Ordered that SDRG deliver immediately 333,333 shares of its common stock to Alpha Capital; and it is further

      Ordered that the exercise price of the SDRG Class A and Class B Warrants purchased by Alpha Capital is hereby reduced to $0.60 per share; and it is further

Ordered that Alpha Capital shall not be required to post any bond.

Dated: New York, New York
      January  , 2008

Enter,

_____
U.S.D.J.