Brooke E. Pietrzak (BP-7314)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant*
*Silver Dragon Resources, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHA CAPITAL ANSTALT,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SILVER DRAGON RESOURCES, INC.<br><br>　　　　　　　　Defendant | Case No. 07 CV 11430 (CM)<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, defendant Silver Dragon Resources, Inc. ("Silver Dragon"), by its undersigned attorneys, states that it does not have a parent company and that no publicly held corporation owns more than 10% of Silver Dragon's stock.

Dated: New York, New York
　　　　February 5, 2008

Respectfully submitted,

**DORSEY & WHITNEY LLP**

By:　　/s/Brooke E. Pietrzak
　　　　────────────────
　　　　Brooke E. Pietrzak (BP-7314)
　　　　Stephen M. Raab (SR-0742)

250 Park Avenue
New York, New York  10177
(212) 415-9200

Attorneys for Defendant
Silver Dragon Resources, Inc.