```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

**MEMO ENDORSED**

**DORSEY**
DORSEY & WHITNEY LLP

BROOKE E. PIETRZAK
(212) 735-0781
pietrzak.brooke@dorsey.com

February 6, 2007



*[Handwritten endorsement: 2/7/08 — The Clerk shall permanently delete Item #11 from the Docket electronic. Colleen McMahon]*

**BY FACSIMILE**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:  Alpha Capital Anstalt v. Silver Dragon Resources, Inc., 07-CV-11430 (CM)

Dear Judge McMahon:

We represent Silver Dragon Resources, Inc. ("Silver Dragon") in the above-referenced action and write to request the correction of an electronic filing.

Last night, February 5, 2008, the un-redacted version of an e-mail chain with attorney/client communications was inadvertently filed as Exhibit C to the Affidavit of Marc Hazout in support of Silver Dragon's Motion to Set Aside the Default Judgments. This morning, we spoke with a clerk in the docket support office who immediately placed a temporary seal on the exhibit. The seal has effectively removed the exhibit from the electronic docket. We have now re-filed the entire Hazout Affidavit, with the appropriate exhibits, as document #13 on the docket. The only difference between the filing last night and the filing this morning is that the redacted version of Exhibit C has now been included.

Pursuant to the instructions we received from the docket support office, we are requesting that Your Honor direct the Clerk of the Court to permanently delete the first-filed Hazout Affidavit, and exhibits thereto, from the docket. That document currently appears as #11 on the docket.

Respectfully submitted,

*Brooke E. Pietrzak*
Brooke E. Pietrzak

cc:  Kenneth A. Zitter, Esq. (via facsimile)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA  CANADA  EUROPE  ASIA