United States District Court
Southern District of New York
------------------------------------------------------------x

Alpha Capital Anstalt,

                       Plaintiff,

                                                               07 CV 11430 (CM)
    vs.

Silver Dragon Resources, Inc.,

                       Defendant.

------------------------------------------------------------x

                      Affirmation of Barbara Mittman In Opposition To Defendant's
                    <u>Motion To Set Aside The Preliminary Injunction Granted By Default</u>

       I am an attorney at law duly admitted to this Court. I hereby affirm under penalties of perjury as follows:

       I have reviewed the affirmation of Asher Brand dated February 20, 2008 and I adopt the factual statements set forth therein.

Dated: New York, New York
       February 20, 2008

                                                                           _____
                                                                           Barbara Mittman