UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Alpha Capital Anstalt,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

                    Plaintiff(s),                    07 Civ 11430 (CM) (THK)

          -against-                                  CALENDAR NOTICE

Silver Dragon Resources, Inc.,
                    Defendant(s).
-------------------------------------------------X

          Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ✓ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, April 25,
2008 at 11:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New
York 10007.

          Any scheduling difficulties must be brought to the attention of the Court in writing and
faxed to Chambers at (212) 805-6326.

Dated: April 16, 2008
          New York, New York

                                        So Ordered

                                        _____
                                        Colleen McMahon, U.S.D.J