p.1

16 2008 12:22PM   HP LASERJET FAX

| USDS SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/22/08 |

LAW OFFICES
### KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

# MEMO ENDORSED

April 16, 2008

Honorable Colleen McMahon
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Alpha Capital Anstalt v Silver Dragon Resources, Inc.
07 CV 11430 (CM)

Dear Judge McMahon:

We have received notice that Your Honor has scheduled a status conference for April 25, 2008 at 11:00 A.M. in the captioned matter. That day falls in the middle of the Passover holiday and I will be away with my family.

I respectfully request that the conference be set at a time convenient to the Court after April 29, 2008, except for May 1 and 2, on which days Defendant's attorney will not be available. Defendant's attorney has no objection to the request for an adjournment.

Respectfully,

Kenneth A. Zitter

KAZ/nr
   by fax

cc: Brooke E. Pietrzak, Esq.
     Attorney for Defendant
     by fax

Friday, 5/9/08 @ 10:00 a.m.

4/22/08