UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Alpha Capital Anstalt,

                07 Civ. 11430 (CM)(THK)

            Plaintiff(s),

                              ORDER OF REFERENCE
   -against-                            TO A MAGISTRATE JUDGE

Silver Dragon Resources, Inc.,

            Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Theodore H. Katz, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

* Do not check if already assigned for general pretrial.

Dated: June 11th, 2008
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge