```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALPHA CAPITAL ANSTALT,               :
                                     :
              Plaintiff,             :
                                     :
     -against-                       :   07 Civ. 11430 (CM)(THK)
                                     :
                                     :
SILVER DRAGON RESOURCES, INC.,       :   AMENDED ORDER
                                     :
                                     :
              Defendant.             :
----------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This Court's Memorandum Endorsed Order, dated June 16, 2008, is hereby amended to require Defendant to respond to Plaintiff's interrogatories by June 21, 2008, or, in the alternative, to set forth its objections to the interrogatories (if any) by June 18, 2008.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2008
       New York, New York