



**BROOKE E. PIETRZAK**
(212) 735-0781
pietrzak.brooke@dorsey.com

June 18, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

**VIA FACSIMILE**

Magistrate Judge Theodore H. Katz
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Alpha Capital Anstalt v. Silver Dragon Resources, Inc.; 07 CV 11430 (CM)

Dear Magistrate Judge Katz:

We represent defendant Silver Dragon Resources, Inc. ("Silver Dragon") in the above-referenced matter.

We respectfully request that the time for Silver Dragon to set forth its objections to the Interrogatories submitted by Alpha Capital Anstalt ("Alpha Capital") be extended from June 18, 2008 until June 19, 2008. Marc Hazout, the CEO of Silver Dragon, has been overseas for business and only returned to the office today. We were therefore unable to discuss Your Honor's June 17, 2008 Amended Order with Mr. Hazout until this afternoon. Moreover, the Court's Order, which was originally entered on June 16, 2008, did not require Silver Dragon to set forth its objections to Alpha Capital's Interrogatories until July 17, 2008. We respectfully request that we be provided with this one day extension so that we have an adequate opportunity to consult with our client.

Respectfully submitted,

Brooke E. Pietrzak

cc: Kenneth A. Zitter, Esq. (via facsimile)

**SO ORDERED**
6/18/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA CANADA EUROPE ASIA