```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 7/8/08          │
└─────────────────────────────┘
```



**DORSEY**
DORSEY & WHITNEY LLP

BROOKE E. PIETRZAK
(212) 735-0781
pietrzak.brooke@dorsey.com

# MEMO ENDORSED

July 7, 2008

OK

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007
United States District Courthouse

*/s/ Colleen McMahon*
7/8/08

Re:   Alpha Capital Anstalt v. Silver Dragon Resources, Inc.; 07 CV 11430 (CM)

Dear Judge McMahon

We represent defendant Silver Dragon Resources, Inc. ("Silver Dragon") in the above-referenced matter.

Pursuant to Your Honor's Order dated July 2, 2008, Silver Dragon is to submit a letter to the Court no later than noon today "describing any discovery it deems relevant." We write to advise Your Honor that the parties have been negotiating over the weekend in any effort to resolve the matter and that such negotiations are continuing today. Silver Dragon therefore respectfully requests that its time to submit a letter to the Court regarding discovery be extended until noon tomorrow, July 8, 2008, in order to allow the parties to continue such negotiations. Please be advised that Alpha Capital Anstalt, the plaintiff in the above-referenced matter, does not object to this request.

Respectfully submitted,

*Brooke E. Pietrzak*

Brooke E. Pietrzak

cc:   Kenneth A. Zitter, Esq. (via facsimile)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA   CANADA   EUROPE   ASIA