Jul 10 2008 2:26PM   HP LASERJET FAX                                          P.2

07/10/08  13:38 FAX 212 953 7201       DORSEY & WHITNEY LLP                   ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHA CAPITAL ANSTALT,

        Plaintiff,

vs.

SILVER DRAGON RESOURCES, INC.

        Defendant

Case No. 07 CV 11430 (CM)

ECF CASE

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY AGREED, by and between the attorneys for the undersigned parties, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), all of Plaintiff Alpha Capital Anstalt's claims in the above-entitled action are hereby dismissed as against Silver Dragon Resources, Inc., with prejudice, and without costs or disbursements as between the Plaintiff and Defendant.

2. This Stipulation may be executed in one or more parts, and a facsimile or electronically scanned copy may serve as an original for the purposes of filing.

Dated: New York, New York
July 10, 2008

LAW OFFICES OF KENNETH A. ZITTER

By: _____
Kenneth A. Zitter, Esq. (KZ 3195)

260 Madison Avenue – 18th Floor
New York, New York 10016
(212) 532-8000

Attorneys for Plaintiff
Alpha Capital Anstalt

DORSEY & WHITNEY LLP

By: _____
Brooke B. Pietrzak, Esq. (BP 7314)

250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendant
Silver Dragon Resources, Inc.

SO ORDERED:

_____
U.S.D.J.

7-17-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08